# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Tracy Petty,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                   3:07cv257

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/14/2008 Order.

                                                    Signed: October 14, 2008

                                                    Frank G. Johns, Clerk
                                                    United States District Court